UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY ERNEST BRIGGS, II,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:15-cr-00072-PLM-1

## **ORDER**

Defendant appeared before me on May 5, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, electing not to contest detention at this time. Defendant is subject to a hold/detainer and would not be released in any case. Defendant may bring the issue of his continuing detention to the court's attention should his circumstances change. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 6th day of May, 2015.

        /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge